No. 80–6002. HAYNES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 80–6003. McKELDIN v. ROSE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–6006. POTTS v. COURT OF CRIMINAL APPEALS OF TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 80–6013. GALLION v. MASSEY FERGUSON CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 80–6024. STATUM v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 80–6089. BUTZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–6095. HOPKINSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6103. WASHINGTON v. MARKS ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6104. WHITNEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6120. WELCH v. HICKEY, SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION. C. A. 4th Cir. Certiorari denied.

No. 80–6122. EDMON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6126. LITTLES, AKA D'ANGELO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–6129. MASSEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.